IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **10-cv-01109-AP**

PATRICIA LOVELACE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| TERESA H. ABBOTT<br>Law Office of Teresa Abbott, P.C.<br>3515 South Tamarac Drive, Suite 200<br>Phone (303) 757-5000<br>Fax (303) 689-9627<br>E-mail: abbott.teresa@gmail.com | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado |
| ALAN M. AGEE<br>Alan M. Agee, P.C.<br>512 S. 8th Street<br>Colorado Springs, CO  80905<br>Phone (719) 473-1515<br>Fax  (719) 473-2880<br>E-mail:  ageealanmpc@qwestoffice.net | STEPHANIE KILEY<br>Special Assistant United States Attorney<br>1961 Stout Street, Suite 1001A<br>Denver, Colorado 80294<br>(303) 844-0815<br>stephanie.kiley@ssa.gov |

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

A.  **Date Complaint Was Filed:**  05/13/2010
B.  **Date Complaint Was Served on U.S. Attorney's Office:**  05/13/2010
C.  **Date Answer and Administrative Record Were Filed:**   07/27/2010

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states**:  That the Administrative Record appears to be complete and accurate.

**Defendant states**: That the Administrative Record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states**: None anticipated.

**Defendant states**: None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

There are no unusual claims or defenses in this case.

## 7. OTHER MATTERS

There are no other matters.

**8. BRIEFING SCHEDULE**

A. **Plaintiff's Opening Brief Due:**       10/01/2010
B. **Defendant's Response Brief Due:**      11/01/2010
C. **Plaintiffs Reply Brief (If Any) Due:** 11/15/2010

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. **Plaintiff's Statement:** Plaintiff does not request oral argument.

B. **Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A. ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B. (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

        DATED this 16th day of August, 2010.

                                BY THE COURT:

                                *s/John L. Kane*
                                U.S. DISTRICT COURT JUDGE

| APPROVED: | For Defendant: |
|---|---|
| For Plaintiff: | UNITED STATES ATTORNEY |
| s/ Teresa H. Abbott<br>TERESA H. ABBOTT<br>Law Office of Teresa Abbott, P.C.<br>3515 South Tamarac Drive, Suite 200<br>Phone (303) 757-5000<br>Fax (303) 689-9627<br>E-mail: abbott.teresa@gmail.com | DAVID M. GAOUETTE<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of<br>Colorado |
| ALAN M. AGEE<br>Alan M. Agee, P.C.<br>512 S. 8th Street<br>Colorado Springs, CO 80905<br>Phone (719) 473-1515<br>Fax (719) 473-2880<br>E-mail: ageealanmpc@qwestoffice.net | s/ Stephanie Kiley<br>STEPHANIE KILEY<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0815<br>stephanie.kiley@ssa.gov |
| Attorneys for Plaintiff | Attorneys for Defendant |