IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-1109-AP**

**PATRICIA M. LOVELACE,**

Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

Defendant.

---

### ORDER

---

Kane, J.

Defendant's Unopposed Motion to Remand for Further Administrative Proceedings

(doc. #18), filed November 22, 2010, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings

pursuant to sentence four of 42 U.S.C. § 405(g).  The Clerk is directed to enter a judgment in

accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in

*Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  November 23, 2010.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE, SENIOR JUDGE
UNITED STATES DISTRICT COURT