**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-01109-AP

PATRICIA M. LOVELACE,
      Plaintiff
vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant

---

**ORDER**

---

  Upon consideration of Plaintiff's Unopposed Motion For Award Of Attorney Fees Pursuant To The Equal Access to Justice Act, 28 U.S.C. Section 2412(d) (doc. #21), filed December 27, 2010, it is

  ORDERED that the Motion is GRANTED. Plaintiff is awarded EAJA attorney fees in the amount of **$5,933.20**, to be made payable to Plaintiff and mailed to Plaintiff's counsel, Alan M. Agee at 512 S. 8th Street, Colorado Springs, CO 80905.

  DATED this 27th day of December, 2010.

           **BY THE COURT**

           *s/John L. Kane*
           U.S. District Court Judge